# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00462-CV

**Maria Alvarado, Appellant**

**v.**

**John McCarthy d/b/a St. Louis Catholic Church d/b/a**
**St. Louis King of France Catholic Church, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN403351, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Maria Alvarado has filed a motion to dismiss her appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: September 26, 2005